167 So.2d 679

### John G. NEWLAND

v.

### Hugh W. CURFMAN et al.

No. 47479.

Oct. 14, 1964.

In re: John G. Newland applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 166 So.2d 362.

Writ refused. The result reached by the Court of Appeal is correct.

167 So.2d 679

### Sam BROADHEAD

v.

### PAN AMERICAN PETROLEUM CORPORATION et al.

No. 47480.

Oct. 14, 1964.

In re: Sam Broadhead applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 166 So.2d 329.

Writ refused. We find no error of law in the judgment of the Court of Appeal in view of the uncontradicted facts.